UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ELLISTON,

                    Plaintiff(s),

        v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

                    Defendant(s).

CASE NO. C25-1759-KKE

ORDER GRANTING STIPULATED
MOTION TO CONTINUE THE TRIAL
DATE AND PRETRIAL DEADLINES

The parties filed a stipulated motion to continue the trial date and case schedule. Dkt. No. 12. Finding good cause, the Court GRANTS the motion. The unexpired deadlines in the previous case schedule (Dkt. No. 10) are VACATED. The courtroom deputy is directed to issue an amended case schedule starting from the deadline to disclose expert testimony, based on the parties' agreed-upon trial date of July 26, 2027.

Dated this 18th day of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE THE TRIAL DATE AND PRETRIAL
DEADLINES - 1